| IP Address | HitDateUTC | File Name | ISP | State | City | County |
|---|---|---|---|---|---|---|
| 72.91.72.71 | 3/3/2014 5:21:48 PM | Dallas.Buyers.Club.2013.720p.BluRay.x264-SPARKS [PublicHD] | Verizon FiOS | Florida | Lutz | Hillsborough |

**EXHIBIT A**
DBC 8-30