# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-873-195**

Effective date of registration:

November 13, 2013

## Title
- **Title of Work:** Dallas Buyers Club

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** November 1, 2013
- **Nation of 1st Publication:** United States
- **Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Dallas Buyers Club, LLC
  2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay, preexisting music
- **Previous registration and year:** TXu 1-835-443   2012
- **New material included in claim:** all other cinematographic material

## Certification
- **Name:** Carly Seabrook
- **Date:** November 1, 2013

<’<‘<

<‘

Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608



**Registration #:** PA0001873195
**Service Request #:** 1-1005221967